IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **FRANK ERVIN ALTIZER, JR,** ) | Civil Action No. 7:12-cv-00360 | |
| Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **DIRECTOR, VIRGINIA** ) | | |
| **DEPARTMENT OF CORRECTIONS,** ) | By: | Hon. Michael F. Urbanski |
| Respondent. ) | | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus is **DISMISSED without prejudice**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a certificate of appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: October 1, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge